SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  GREGORY DZIUBA
     DOROTHY J. DZIUBA
     2 MARCIA ROAD
     RINGWOOD,  NJ  07456

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
       1599 HAMBURG TURNPIKE
       WAYNE, NJ  07470

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-17182

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/31/2022 | $600.00 | 8795064000 | 12/01/2022 | $600.00 | 8854217000 |
| 01/03/2023 | $600.00 | 8912706000 | | | |

**Total Receipts: $1,800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 99.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 1,140.43 | 0.00% | 0.00 | 0.00 |
| 0002 | CITIBANK N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | CITIBANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 6,283.73 | 0.00% | 0.00 | 0.00 |
| 0005 | ENHANCED RECOVERY COMPANY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | FAY SERVICING, LLC | MORTGAGE ARRE | 152,092.88 | 100.00% | 0.00 | 0.00 |
| 0007 | UNITED STATES TREASURY/IRS | PRIORITY | 3,780.00 | 0.00% | 0.00 | 0.00 |
| 0009 | STATE OF NJ | PRIORITY | 4,889.25 | 100.00% | 0.00 | 0.00 |
| 0010 | TARGET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | UNITED STATES TREASURY/IRS | UNSECURED | 29,909.30 | 0.00% | 0.00 | 0.00 |
| 0015 | ABSOLUTE RESOLUTIONS INVESTMENT: | SECURED | 2,572.24 | 100.00% | 0.00 | 0.00 |
| 0016 | PSE&G | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | ROCKLAND ELECTRIC COMPANY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | CAVALRY SPV I LLC | UNSECURED | 4,470.05 | 0.00% | 0.00 | 0.00 |
| 0019 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 1,957.43 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-17182**

**Total Paid: $99.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $1,800.00          -          Paid to Claims: $0.00          -          Admin Costs Paid: $99.00          =          Funds on Hand: $1,701.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.