| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>   GREGORY DZIUBA<br>   DOROTHY J. DZIUBA | <br><br>Order Filed on January 4, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Case No.:  22-17182 VFP<br><br>Hearing Date:  1/4/2024 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 4, 2024**

                                                    **Honorable Vincent F. Papalia**
                                                    **United States Bankruptcy Judge**

Debtor(s): GREGORY DZIUBA
DOROTHY J. DZIUBA

Case No.: 22-17182

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/04/2024 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion for extension of loss mitigation period by 1/11/2024 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a motion for extension of loss mitigation period has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.