SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  GREGORY DZIUBA
    DOROTHY J. DZIUBA
    2 MARCIA ROAD
    RINGWOOD,  NJ  07456

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
    1599 HAMBURG TURNPIKE
    WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 22-17182

## RECEIPTS AS OF 01/01/2024 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/31/2022 | $600.00 | 8795064000 | 12/01/2022 | $600.00 | 8854217000 |
| 01/03/2023 | $600.00 | 8912706000 | 02/01/2023 | $600.00 | 8970083000 |
| 03/02/2023 | $600.00 | 9028251000 | 04/03/2023 | $600.00 | 9086801000 |
| 05/02/2023 | $600.00 | 9143002000 | 06/01/2023 | $600.00 | 9197080000 |
| 07/03/2023 | $746.00 | 9251165000 | 08/01/2023 | $746.00 | 9304761000 |
| 08/31/2023 | $746.00 | 9354465000 | 10/02/2023 | $746.00 | 9410293000 |
| 11/02/2023 | $746.00 | 9461113000 | 12/04/2023 | $746.00 | 9510785000 |

**Total Receipts: $9,276.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,276.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 660.19 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,135.92 | 100.00% | 8,135.92 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,140.43 | 100.00% | 0.00 | 1,140.43 |
| 0002 | CITIBANK N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CITIBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 6,283.73 | 100.00% | 0.00 | 6,283.73 |
| 0005 | ENHANCED RECOVERY COMPANY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | FAY SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | STATE OF NJ | PRIORITY | 1,140.69 | 100.00% | 0.00 | 1,140.69 |
| 0010 | TARGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | UNITED STATES TREASURY/IRS | UNSECURED | 13,548.81 | 100.00% | 0.00 | 13,548.81 |
| 0015 | ABSOLUTE RESOLUTIONS INVESTMENT | SECURED | 2,572.24 | 100.00% | 539.57 | 2,032.67 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0016 | PSE&G | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | ROCKLAND ELECTRIC COMPANY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | CAVALRY SPV I LLC | UNSECURED | 4,470.05 | 100.00% | 0.00 | 4,470.05 |
| 0019 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 1,957.43 | 100.00% | 0.00 | 1,957.43 |

**Total Paid: $9,335.68**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $9,276.00    -    Paid to Claims: $539.57    -    Admin Costs Paid: $8,796.11    =    Funds on Hand: $686.32

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.