UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Jamal Romero, Esq.
jromero@scura.com
Counsel for the Debtors

Order Filed on January 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gregory Dziuba & Dorothy J. Dziuba

Debtors.

Case No.: 22-17182

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 17, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  01/08/2024  :

Property:  2 Marcia Road Ringwood, NJ 07456.

Creditor:  Fay Servicing, LLC.

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Debtors , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  04/11/2024 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*