UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Chapter:           13

Judge: _____

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 20, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____, the applicant, is allowed a fee of $ _____ for services rendered and expenses in the amount of $_____ for a total of $_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

\* The amount to be paid through the Chapter 13 Plan is $3,771.47 ($5,271.47 less $1,500.00 credit)\*

*rev.8/1/15*