Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17182−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory Dziuba
2 Marcia Road
Ringwood, NJ 07456

Dorothy J. Dziuba
2 Marcia Road
Ringwood, NJ 07456

Social Security No.:
xxx−xx−3250

xxx−xx−9846

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/2/24 at 10:00 AM

to consider and act upon the following:

**63** − Application for Extension of Loss Mitigation Period. Filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. Objection deadline is 4/16/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Romero, Jamal)

**64** − OPPOSITION TO APPLICATION TO EXTEND LOSS MITIGATION AND CROSS APPLICATOIN FOR EARLY TERMINATION in Opposition to APPLICATION TO EXTEND LOSS MITIGATION (related document:63 Application for Extension of Loss Mitigation Period. Filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. Objection deadline is 4/16/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Gregory Dziuba, Joint Debtor Dorothy J. Dziuba) filed by Denise E. Carlon on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise)

Dated: 4/12/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court