Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17182−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gregory Dziuba                              Dorothy J. Dziuba
   2 Marcia Road                               2 Marcia Road
   Ringwood, NJ 07456                          Ringwood, NJ 07456

Social Security No.:
   xxx−xx−3250                                 xxx−xx−9846

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/2/24 at 10:00 AM

to consider and act upon the following:

*63* − Application for Extension of Loss Mitigation Period. Filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. Objection deadline is 4/16/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Romero, Jamal)

*64* − OPPOSITION TO APPLICATION TO EXTEND LOSS MITIGATION AND CROSS APPLICATOIN FOR EARLY TERMINATION in Opposition to APPLICATION TO EXTEND LOSS MITIGATION (related document:63 Application for Extension of Loss Mitigation Period. Filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. Objection deadline is 4/16/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Gregory Dziuba, Joint Debtor Dorothy J. Dziuba) filed by Denise E. Carlon on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise)

Dated: 4/12/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 22-17182-VFP

Gregory Dziuba                                                                                       Chapter 13

Dorothy J. Dziuba

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 12, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Dziuba, Dorothy J. Dziuba, 2 Marcia Road, Ringwood, NJ 07456-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | |
| | on behalf of Joint Debtor Dorothy J. Dziuba dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| David L. Stevens | |
| | on behalf of Debtor Gregory Dziuba dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | |
| | on behalf of Debtor Gregory Dziuba jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.co |

m;sterry@scura.com

Jamal J Romero

on behalf of Joint Debtor Dorothy J. Dziuba jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;sterry@scura.com

Marie-Ann Greenberg

magecf@magtrustee.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8