UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
Email: jromero@scura.com
Counsel for Debtors

| | |
|---|---|
| In Re: | Case No.: _____22-17182_____ |
| Gregory Dziuba and Dorothy J. Dziuba | Chapter: _____13_____ |
| Debtors | Hearing Date: _____ |
| | Judge: _____VFP_____ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Dkt.63 -Application for Extension of Loss Mitigation Period _____

_____

Date: 05/16/2024 _____        /s/Jamal J. Romero, Esq. _____
                                     Signature

*rev.8/1/15*