Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17182−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory Dziuba  
2 Marcia Road  
Ringwood, NJ 07456

Dorothy J. Dziuba  
2 Marcia Road  
Ringwood, NJ 07456

Social Security No.:
xxx−xx−3250

xxx−xx−9846

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 22, 2023.

On 6/26/24 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: August 1, 2024
Time: 08:30 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 27, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gregory Dziuba  
Dorothy J. Dziuba  
    Debtors

Case No. 22-17182-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 185 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Dziuba, Dorothy J. Dziuba, 2 Marcia Road, Ringwood, NJ 07456-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519714514 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 27 2024 21:56:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519741405 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:04:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519702219 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:05:37 | Amex, PO Box 981540, El Paso, TX 79998-1540 |
| 519702221 | + | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 27 2024 21:56:00 | CITIBANK N.A., c/o Absolute Resolutions, 8000 Norman Center Dr #350, Minneapolis, MN 55437-1118 |
| 519739443 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2024 22:00:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519702220 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 22:04:39 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 519702222 | + | Email/Text: mrdiscen@discover.com | Jun 27 2024 21:56:00 | Discover Bank, Po Box 3025, New Albany, OH 43054-3025 |
| 519707299 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 21:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519702223 | + | Email/Text: bknotice@ercbpo.com | Jun 27 2024 22:00:00 | Enhanced Recovery Company, c/o AT T DIRECTV, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519702224 | | Email/Text: ECF@fayservicing.com | Jun 27 2024 21:57:00 | Fay Servicing LLC, 1601 Lbj Freeway, Dallas, TX 75234 |
| 519702225 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 21:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519702226 | ^ | MEBN | Jun 27 2024 21:49:18 | KML Law Group, P.C., 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519731834 | ^ | MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 27 2024 21:43:27 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519731831 | ^ | MEBN | | |
| | | | Jun 27 2024 21:44:13 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 519769717 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 27 2024 22:05:25 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519731832 | + | Email/Text: ccd@oru.com | | |
| | | | Jun 27 2024 21:59:00 | Rockland Electric Company, 390 W. Route 59, Spring Valley, NY 10977-5320 |
| 519702227 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jun 27 2024 21:57:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519702228 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jun 27 2024 21:58:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519766229 | ^ | MEBN | | |
| | | | Jun 27 2024 21:46:32 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519731833 | | Office of the Attorney General |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

**Name** | **Email Address**

David L. Stevens
on behalf of Joint Debtor Dorothy J. Dziuba dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

David L. Stevens
on behalf of Debtor Gregory Dziuba dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 185 | Total Noticed: 22 |

Jamal J Romero

    on behalf of Joint Debtor Dorothy J. Dziuba jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com

Jamal J Romero

    on behalf of Debtor Gregory Dziuba jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Phillip Andrew Raymond

    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8