Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17182−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gregory Dziuba | Dorothy J. Dziuba |
| 2 Marcia Road | 2 Marcia Road |
| Ringwood, NJ 07456 | Ringwood, NJ 07456 |

Social Security No.:
　xxx−xx−3250                                          xxx−xx−9846

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/24 at 10:00 AM

to consider and act upon the following:

*86* – Creditor's Certification of Default (related document:71 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust. Objection deadline is 08/16/2024. (Attachments: # 1 Exhibit A – Order Curing Post−Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*89* – Certification in Opposition to (related document:86 Creditor's Certification of Default (related document:71 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust. Objection deadline is 08/16/2024. (Attachments: # 1 Exhibit A – Order Curing Post−Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust) filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. (Romero, Jamal)

Dated: 8/19/24

　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court