Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17182−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gregory Dziuba                                Dorothy J. Dziuba
   2 Marcia Road                                 2 Marcia Road
   Ringwood, NJ 07456                    Ringwood, NJ 07456

Social Security No.:
   xxx−xx−3250                                   xxx−xx−9846

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 5, 2024.

On October 24, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                December 5, 2024
Time:               08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 25, 2024
JAN: mrg

                                                                   Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17182-VFP |
| Gregory Dziuba | Chapter 13 |
| Dorothy J. Dziuba | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 25, 2024 | Form ID: 185 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Dziuba, Dorothy J. Dziuba, 2 Marcia Road, Ringwood, NJ 07456-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519714514 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 25 2024 20:44:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519741405 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 20:51:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519702219 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 20:50:45 | Amex, PO Box 981540, El Paso, TX 79998-1540 |
| 519702221 | + | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 25 2024 20:44:00 | CITIBANK N.A., c/o Absolute Resolutions, 8000 Norman Center Dr #350, Minneapolis, MN 55437-1118 |
| 519739443 | + | Email/Text: bankruptcy@cavps.com | Oct 25 2024 20:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519702220 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2024 21:05:05 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 519702222 | + | Email/Text: mrdiscen@discover.com | Oct 25 2024 20:45:00 | Discover Bank, Po Box 3025, New Albany, OH 43054-3025 |
| 519707299 | | Email/Text: mrdiscen@discover.com | Oct 25 2024 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519702223 | + | Email/Text: bknotice@ercbpo.com | Oct 25 2024 20:47:00 | Enhanced Recovery Company, c/o AT T DIRECTV, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519702224 | | Email/Text: ECF@fayservicing.com | Oct 25 2024 20:46:00 | Fay Servicing LLC, 1601 Lbj Freeway, Dallas, TX 75234 |
| 519702225 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 25 2024 20:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519702226 | ^ | MEBN | Oct 25 2024 20:38:36 | KML Law Group, P.C., 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519731834 | ^ | MEBN | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 25 2024 20:35:33 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519731831 | ^ | MEBN | | |
| | | | Oct 25 2024 20:34:37 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 519769717 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 25 2024 21:03:17 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519731832 | + | Email/Text: ccd@oru.com | | |
| | | | Oct 25 2024 20:47:00 | Rockland Electric Company, 390 W. Route 59, Spring Valley, NY 10977-5320 |
| 519702227 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Oct 25 2024 20:45:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519702228 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Oct 25 2024 20:46:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519766229 | ^ | MEBN | | |
| | | | Oct 25 2024 20:36:35 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519731833 | | Office of the Attorney General |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Joint Debtor Dorothy J. Dziuba dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura |
| David L. Stevens | on behalf of Debtor Gregory Dziuba dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 25, 2024 | Form ID: 185 | Total Noticed: 22 |

Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero

on behalf of Joint Debtor Dorothy J. Dziuba jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com

Jamal J Romero

on behalf of Debtor Gregory Dziuba jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com

Marie-Ann Greenberg

magecf@magtrustee.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8