Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−17182−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gregory Dziuba                                           Dorothy J. Dziuba
   2 Marcia Road                                           2 Marcia Road
   Ringwood, NJ 07456                        Ringwood, NJ 07456

Social Security No.:
   xxx−xx−3250                                             xxx−xx−9846

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        1/16/25
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney,
period: 7/31/2024 to 11/25/2024

COMMISSION OR FEES
$2,272.00

EXPENSES
$5.25

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 10, 2024
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 22-17182-VFP
Gregory Dziuba                                                                                  Chapter 13
Dorothy J. Dziuba
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                      Page 1 of 3
Date Rcvd: Dec 10, 2024              Form ID: 137                  Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Dziuba, Dorothy J. Dziuba, 2 Marcia Road, Ringwood, NJ 07456-1834 |
| 519702223 | + | Enhanced Recovery Company, c/o AT T DIRECTV, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2024 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2024 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519714514 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 10 2024 20:31:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519741405 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2024 20:39:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519702219 | + | Email/PDF: bncnotices@becket-lee.com | Dec 10 2024 20:40:05 | Amex, PO Box 981540, El Paso, TX 79998-1540 |
| 519702221 | + | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 10 2024 20:31:00 | CITIBANK N.A., c/o Absolute Resolutions, 8000 Norman Center Dr #350, Minneapolis, MN 55437-1118 |
| 519739443 | + | Email/Text: bankruptcy@cavps.com | Dec 10 2024 20:32:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519702220 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 20:42:04 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 519702222 | + | Email/Text: mrdiscen@discover.com | Dec 10 2024 20:31:00 | Discover Bank, Po Box 3025, New Albany, OH 43054-3025 |
| 519707299 | | Email/Text: mrdiscen@discover.com | Dec 10 2024 20:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519702224 | | Email/Text: ECF@fayservicing.com | Dec 10 2024 20:31:00 | Fay Servicing LLC, 1601 Lbj Freeway, Dallas, TX 75234 |
| 519702225 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2024 20:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519702226 | ^ | MEBN | Dec 10 2024 20:31:51 | KML Law Group, P.C., 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519731834 | ^ | MEBN | Dec 10 2024 20:29:03 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ |

| Recip ID | | | Date | Name and Address |
|---|---|---|---|---|
| 519731831 | ^ | MEBN | Dec 10 2024 20:31:04 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 519769717 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2024 21:08:12 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519731832 | + | Email/Text: ccd@oru.com | Dec 10 2024 20:32:00 | Rockland Electric Company, 390 W. Route 59, Spring Valley, NY 10977-5320 |
| 519702227 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 10 2024 20:31:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519702228 | + | Email/Text: bncmail@w-legal.com | Dec 10 2024 20:32:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519766229 | ^ | MEBN | Dec 10 2024 20:31:29 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519731833 | | Office of the Attorney General |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Joint Debtor Dorothy J. Dziuba dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura |
| David L. Stevens | on behalf of Debtor Gregory Dziuba dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 10, 2024 | Form ID: 137 | Total Noticed: 22

| | |
|---|---|
| | on behalf of Joint Debtor Dorothy J. Dziuba jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com |
| Jamal J Romero | |
| | on behalf of Debtor Gregory Dziuba jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8