Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17182−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory Dziuba
2 Marcia Road
Ringwood, NJ 07456

Dorothy J. Dziuba
2 Marcia Road
Ringwood, NJ 07456

Social Security No.:
xxx−xx−3250

xxx−xx−9846

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/25 at 10:00 AM

to consider and act upon the following:

*109* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/29/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*114* – Certification in Opposition to (related document:109 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/29/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. (Romero, Jamal)

Dated: 1/30/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court