Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  22−17182−VFP
           Chapter:  13
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Dziuba                                                Dorothy J. Dziuba
   2 Marcia Road                                                   2 Marcia Road
   Ringwood, NJ 07456                                   Ringwood, NJ 07456

Social Security No.:
   xxx−xx−3250                                                      xxx−xx−9846

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/4/25 at 10:00 AM

to consider and act upon the following:

*119* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/11/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*121* − Certification in Opposition to (related document:119 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/11/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. (Romero, Jamal)

Dated: 8/13/25

                                                                               Jeanne Naughton
                                                                               Clerk, U.S. Bankruptcy Court