Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17182−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gregory Dziuba | Dorothy J. Dziuba |
| 2 Marcia Road | 2 Marcia Road |
| Ringwood, NJ 07456 | Ringwood, NJ 07456 |

Social Security No.:
   xxx−xx−3250                                          xxx−xx−9846

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/4/25 at 10:00 AM

to consider and act upon the following:

*119* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/11/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*121* − Certification in Opposition to (related document:119 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/11/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. (Romero, Jamal)

Dated: 8/13/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-17182-VFP

Gregory Dziuba  Chapter 13

Dorothy J. Dziuba

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 2

Date Rcvd: Aug 13, 2025　　　　　　　　　　Form ID: ntchrgbk　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

**Recip ID**　　　　　　**Recipient Name and Address**
db/jdb　　　　　　+ Gregory Dziuba, Dorothy J. Dziuba, 2 Marcia Road, Ringwood, NJ 07456-1834

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

**Name**　　　　　　**Email Address**

David L. Stevens
    on behalf of Joint Debtor Dorothy J. Dziuba dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

David L. Stevens
    on behalf of Debtor Gregory Dziuba dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
    on behalf of Debtor Gregory Dziuba jromero@scura.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 13, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Jamal J Romero

on behalf of Joint Debtor Dorothy J. Dziuba jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Marie-Ann Greenberg

magecf@magtrustee.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8