SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: GREGORY DZIUBA
DOROTHY J. DZIUBA
2 MARCIA ROAD
RINGWOOD, NJ 07456

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 22-17182**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $44,954.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/31/2022 | $600.00 | 8795064000 | 12/01/2022 | $600.00 | 8854217000 |
| 01/03/2023 | $600.00 | 8912706000 | 02/01/2023 | $600.00 | 8970083000 |
| 03/02/2023 | $600.00 | 9028251000 | 04/03/2023 | $600.00 | 9086801000 |
| 05/02/2023 | $600.00 | 9143002000 | 06/01/2023 | $600.00 | 9197080000 |
| 07/03/2023 | $746.00 | 9251165000 | 08/01/2023 | $746.00 | 9304761000 |
| 08/31/2023 | $746.00 | 9354465000 | 10/02/2023 | $746.00 | 9410293000 |
| 11/02/2023 | $746.00 | 9461113000 | 12/04/2023 | $746.00 | 9510785000 |
| 01/02/2024 | $746.00 | 9561178000 | 02/02/2024 | $746.00 | 9611965000 |
| 03/04/2024 | $746.00 | 9662234000 | 04/17/2024 | $836.00 | 9738481000 |
| 05/01/2024 | $836.00 | 9761446000 | 06/10/2024 | $836.00 | 9824309000 |
| 07/09/2024 | $836.00 | 9872884000 | 08/29/2024 | $836.00 | 9951325000 |
| 01/29/2025 | $2,508.00 | 1018097900 | 03/06/2025 | $834.00 | |
| 03/07/2025 | $100.00 | | 04/07/2025 | $836.00 | |
| 05/08/2025 | $836.00 | | 08/11/2025 | $836.00 | |
| 09/08/2025 | $2,400.00 | | 09/19/2025 | $10.00 | |
| 10/07/2025 | $836.00 | | 11/10/2025 | $836.00 | |
| 12/10/2025 | $836.00 | | | | |

**Total Receipts: $26,562.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $26,562.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS LLC | | | | | | |
| | 01/08/2024 | $539.57 | 921,612 | 07/15/2024 | $468.35 | 930,186 |
| | 09/16/2025 | $49.19 | 949,918 | 10/20/2025 | $626.21 | 951,343 |
| | 11/17/2025 | $618.73 | 952,823 | 12/15/2025 | $270.19 | 954,222 |

**Chapter 13 Case # 22-17182**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| FAY SERVICING LLC | | | | | | |
| | 07/15/2024 | $126.50 | 930,650 | 09/16/2025 | $13.29 | 950,450 |
| | 10/20/2025 | $169.13 | 951,894 | 11/17/2025 | $167.11 | 953,362 |
| | 12/15/2025 | $72.97 | 954,766 | | | |
| STATE OF NJ | | | | | | |
| | 12/15/2025 | $442.68 | 955,209 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,675.05 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 21,323.03 | 100.00% | 21,323.03 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,140.43 | * | 0.00 | |
| 0002 | CITIBANK N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 6,283.73 | * | 0.00 | |
| 0005 | ENHANCED RECOVERY COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | FAY SERVICING LLC | MTG SURRENDEF | 0.00 | 100.00% | 0.00 | |
| 0007 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0009 | STATE OF NJ | PRIORITY | 1,140.69 | 100.00% | 442.68 | |
| 0010 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | UNITED STATES TREASURY/IRS | UNSECURED | 13,548.81 | * | 0.00 | |
| 0015 | ABSOLUTE RESOLUTIONS INVESTMENT: | SECURED | 2,572.24 | 100.00% | 2,572.24 | |
| 0016 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | ROCKLAND ELECTRIC COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CAVALRY SPV I LLC | UNSECURED | 4,470.05 | * | 0.00 | |
| 0019 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 1,957.43 | * | 0.00 | |
| 0020 | FAY SERVICING LLC | (NEW) MTG Agree | 549.00 | 100.00% | 549.00 | |

**Total Paid: $26,562.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $26,562.00 - Paid to Claims: $3,563.92 - Admin Costs Paid: $22,998.08 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.