UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike Wayne, New Jersey 07470
Tel:973-554-8571
Jamal J Romero, Esq.
Email: Jromero@Scura.com
Attorney for Debtor

| | |
|---|---|
| In Re: <br><br> Gregory Dziuba and Dorothy J. Dziuba | Case No.: 22-17182 <br> Judge: VFP <br> Chapter: 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____Chapter 13 Trustee_____,
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I am currently behind on the January payment and expect to become current shortly. We had to replace our mobile phones, as our prior devices were no longer functioning properly and did not allow us to make calls or access emails. As a result, there was a temporary disruption in accessing our online accounts. I anticipate resolving these issues and submitting the required payments this week.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 2/5/2026                                          /s/ Dorothy Dziuba
                                                        Debtor's Signature

Date: 2/5/2026                                          /s/Gregory Dziuba
                                                        Debtor's Signature


**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*







