Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  22−17182−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gregory Dziuba | Dorothy J. Dziuba |
| 2 Marcia Road | 2 Marcia Road |
| Ringwood, NJ 07456 | Ringwood, NJ 07456 |

Social Security No.:
  xxx−xx−3250                                    xxx−xx−9846

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/19/26 at 10:00 AM

to consider and act upon the following:

*127* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/11/2026. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*129* – Certification in Opposition to (related document:127 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/11/2026. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. (Romero, Jamal)

Dated: 2/19/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court