**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

GREGORY DZIUBA
DOROTHY J. DZIUBA

Order Filed on March 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  22-17182 VFP**

**Hearing Date:  3/19/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 19, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): GREGORY DZIUBA
             DOROTHY J. DZIUBA

Case No.: 22-17182

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 03/19/2026 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must pay $1,652.00 by 3/31/2026 to be current with Trustee payments

  through March or the case will be dismissed upon certification of the Standing Trustee with 14 days notice

  to Debtor(s) and Debtor's attorney.