Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22–17182–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory Dziuba
2 Marcia Road
Ringwood, NJ 07456

Dorothy J. Dziuba
2 Marcia Road
Ringwood, NJ 07456

Social Security No.:
xxx–xx–3250

xxx–xx–9846

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/6/26 at 10:00 AM

to consider and act upon the following:

*135* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 7/8/2026. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) (Greenberg, Marie–Ann)

*137* – Certification in Opposition to (related document:135 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 7/8/2026. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie–Ann Greenberg) filed by Jamal J Romero on behalf of Dorothy J. Dziuba, Gregory Dziuba. (Attachments: # 1 Proof of Payments Scheduled) (Romero, Jamal)

Dated: 7/9/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court