**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    GREGORY DZIUBA
    DOROTHY J. DZIUBA

**Order Filed on August 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**Case No.:  22-17182 VFP**

**Hearing Date:  8/6/2026**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 7, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  GREGORY DZIUBA
            DOROTHY J. DZIUBA

Case No.:  22-17182

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 08/06/2026 on notice to SCURA WIGFIELD

HEYER CAMMAROTA & GONZALEZ, LLP, and to the Debtor(s) herein, and good sufficient cause

having been shown, it is:

- ORDERED, that in the event that the TFS payment scheduled on 7/31/2026 in the amount of $841.00 is

  reversed and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed with no

  further notice to Debtors or Debtors' attorney; in the event that the TFS payment scheduled on 8/1/2026 in

  the amount of $841.00 is reversed and/or Debtor(s) request a stop payment on certified funds, the case will

  be dismissed with no further notice to Debtors or Debtors' attorney.